# UNITED STATES DISTRICT COURT
for the

District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MR 22-1002
The person of Kendale Johnson )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __New Mexico__
*(identify the person or describe the property to be searched and give its location)*:
See attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __July 12, 2022__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __B. Paul Briones, U.S. Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __June 28, 2022 at 2:05 p.m.__  _____/s/ B. Paul Briones_____
*Judge's signature*

City and state: __Albuquerque, New Mexico__  __B. Paul Briones, United States Magistrate Judge__
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MR-22-1002 | 7/5/22 @ APPROX 9:33 AM | WARRANT ONLY: LEFT WITH KENDALE JOHNSON |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Two (2) BUCCAL SWABS COLLECTED FROM KENDALE JOHNSON.

MC
7/5/22

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/5/22

*Executing officer's signature*

SPECIAL AGENT MICHAEL CARTER - FBI
*Printed name and title*

# ATTACHMENT A

## PERSON TO BE SEARCHED

Kendale Johnson, an Indian male, date of birth XX-XX-89, social security number XXX-XX-2890, approximately 5 foot 8 inches tall, and approximately 190 pounds. Photo below is a photo of Johnson dated October 8, 2019.



# ATTACHMENT B

## ITEMS TO BE SEIZED

Evidence in the form of deoxyribonucleic acid (DNA) to be obtained from Kendale Johnson through cotton/buccal swabs in the mouth. The process of collection will be limited to the seizure of DNA by using two (2) buccal swabs. The method of collection will be oral, that is, by inserting the buccal swabs into the mouth of Johnson for the purpose of collecting saliva and cheek cells.